■ In the Matter of DAVID F.C., III, an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID C., JR., Appellant. (Appeal No. 2.) [955 NYS2d 790]

Same memorandum as in *Matter of Emerald L.C. (David C.)* (101 AD3d 1679 [2012]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.